IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CEDRIC SANCHEZ RHODES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 319-014 |
| | ) | |
| RODNEY McCLOUD, Deputy Warden; | ) | |
| OFFICER ADAMKIEWICZ, Shower | ) | |
| Team/Escort Officer; and NURSE MURRAY, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's claims against Deputy Warden McCloud and Officer Adamkiewicz for failure to state a claim, and **DISMISSES** Defendants McCloud and Adamkiewicz from this case.

SO ORDERED this _____ day of April, 2019, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE