FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 DEC 16 PM 1:54
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CEDRIC SANCHEZ RHODES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 319-014 |
| | ) | |
| NURSE MURRAY, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Nurse Murray's motion for judgment on the pleadings, (doc. no. 30), **DENIES AS MOOT** Plaintiff's motion to amend and Nurse Murray's motion to file a response, (doc. nos. 33, 40), **DENIES** Plaintiff's motion to appoint counsel, (doc. no. 41), **DISMISSES** this case, and **CLOSES** this civil action.

SO ORDERED this 16th day of December, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE